RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2012 AUG 27 PM 4: 12
ORLANDO DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

      Plaintiff,

                                   Case No. 6:12-cv-813-ORL-22DAB

-v-

CHEXSYSTEMS; JPMORGAN CHASE & CO.,

      Defendants.

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OR, ALTERNATIVELY,
FOR MORE DEFINITE STATEMENT AND MEMORANDUM OF LAW**

      Plaintiff, Larry Rumbough, hereby responds to ChexSystems' Motion to Dismiss or, Alternatively, for More Definite Statement and Memorandum of Law, and states:

      1. Plaintiff believes that his Complaint is not subject to dismissal. However, if the Court determines that his Complaint is deficient, Plaintiff requests that he be allowed to amend it.

      2. ChexSystems is not seeking the dismissal with prejudice of the Complaint.

      3. Plaintiff respectfully requests that the Court take notice of the well-pleaded allegations of the *pro se* Plaintiff's complaint, which this Court must accept as true at this juncture of the proceedings, and which, in light of the Plaintiff's *pro se* status, the Court must hold to a less stringent standard than formal pleadings drafted by an attorney and construe liberally. See Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596, 30 L.Ed. 2d 652 (1972).

      WHEREFORE, Plaintiff requests that the Court deny Defendant's Motion to Dismiss, or in the alternative, allow Plaintiff to amend his Complaint.

Dated: August 27, 2012

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 27th day of August, 2012 by U.S. Mail delivery to:

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Fentrice Driskell
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859