UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

vs.                                      Case No: 6:12-cv-813-Orl-22DAB

CHEXSYSTEMS and JPMORGAN
CHASE & CO.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Christopher Paolini from the law firm of Carlton Fields, P.A. hereby enters his appearance as counsel of record for Defendant, JPMorgan Chase & Co., in the above-referenced matter, and requests that copies of all future pleadings, filings and papers in this cause be directed to undersigned counsel.

                                        By: /s/ Christopher Paolini
                                              Christopher M. Paolini, Esq.
                                              cpaolini@carltonfields.com
                                              Florida Bar No. 669199
                                              CARLTON FIELDS, P.A.
                                              P.O. Box 1171
                                              Orlando, FL 32802
                                              (407) 849-0300 (telephone)
                                              (407) 648-9099 (facsimile)
                                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notice to counsel of record and parties authorized to receive electronic notice.

By:  /s/ Christopher Paolini
Attorney

24657932.1