**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

Plaintiff,

Case No. 6:12-cv-813-Orl-22 DAB

-v-

CHEX SYSTEMS COLLECTION
AGENCY and JP MORGAN
CHASE & CO.
Defendants

**PLAINTIFF'S SECOND MOTION FOR EXPANSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff, Larry Rumbough, by and through his attorney of record, J. Marshall Gilmore, moves for a second short extension of time to file the Amended Complaint and for grounds, Plaintiff states as follows:

1. The court entered an Order that the Plaintiff file an amended complaint by December 3, 2012 to deal with issues raised in pleadings filed by the Defendant Chex Systems Collection Agency.
2. Plaintiff and Defendant Chex Systems have continued to negotiate settlement of this dispute as between these two parties which Plaintiff requests at least two more weeks to see if settlement can be achieved.
3. On December 4th, 2012 the Court allowed until December 17 for Plaintiff to file his Amended Complaint.

4. Since that time the Plaintiff has provided detailed written information to the Defendant in support of settlement negotiations and after telephone conferences in further support of settlement is has now agreed to provide additional detail and support documents to allow Defendant' counsel to present the alleged violations and evidence in support thereof to the Defendant.
5. Plaintiff requests at least two additional weeks to allow the Defendant to review and respond to this evidence to see if settlement is possible.
6. Allowing additional time will not prejudice any other setting in this matter or cause undue delay.

WHEREFORE, Plaintiff requests that the Court to extend the time to allow 2 weeks additional days to file his amended complaint.

Dated: December 17, 2012

Respectfully submitted,

**__/s/J. Marshall Gilmore_____________**

J. Marshall Gilmore
Florida Bar No. 840181
1936 Lee Road, Suite 100
Winter Park, FL 32789
(407) 629-7322
(407) 599-3801 fax
mgilmore@mgilmorelaw.com

**CERTIFICATE OF CONFERENCE: LOCAL RULE 301(g)**

I hereby certify that I conferred with opposing counsel Richard Wienman who represents Chex Systems of record on the substance of foregoing Motion and that opposing counsel Weinman was gave his approval for Plaintiff to file this Motion.

**___s/ J. Marshall Gilmore______________**
J. Marshall Gilmore, Esq,
Attorney for Movant/Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 17th day of December 2012 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

**_/s/J. Marshall Gilmore______________**
J. Marshall Gilmore, Esq.