UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

      Plaintiff,

                                          Case No. 6:12-cv-813-Orl-22 DAB

-v-

CHEX SYSTEMS COLLECTION
AGENCY and JP MORGAN
CHASE & CO.
      Defendants

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE ON MEDIATION SETTINGS**

Plaintiff, Larry Rumbough, by and through his attorney of record, J. Marshall Gilmore, files this response to the Court's Order to Show ( Doc 32 ) cause why the Plaintiff has not filed its Notice of mediation conference setting and moves for an ten day extension of time to file said Notice of mediation settings and for grounds, Plaintiff states as follows:

1. The court entered an Order that the Plaintiff file a Response and Notice of Mediation Conference setting by May 22, 2013.

2. The deadline for the mediation to take place is September 19, 2013.

3. Plaintiff has communicated several dates to the Defendant( September 17th, 18th and 19th) and should have a setting chosen and coordinated with the agreed mediator by the end of this week.

4. Plaintiff requests an additional nine days, until May 31st, 2013 to finalize the mediation dates and file his report to the court with the agreed mediation settings.

1

5. Allowing additional time will not prejudice any other setting in this matter or cause undue delay.

WHEREFORE, Plaintiff requests that the Court to extend the time to allow nine additional days to file the Notice of final date for the mediation conference..

Dated: May 22, 2013

                                            Respectfully submitted,

                                            __/s/J. Marshall Gilmore_____
                                            J. Marshall Gilmore
                                            Florida Bar No. 840181
                                            1936 Lee Road, Suite 100
                                            Winter Park, FL 32789
                                            (407) 937- 8675
                                            (321) 591-9922
                                            (407) 599-3801 fax
                                            mgilmore@mgilmorelaw.com

## CERTIFICATE OF CONFERENCE: LOCAL RULE 301(g)

I hereby certify that I was unable to confer with opposing counsel in order to get his clients approval within the time for Plaintiff to file and Attorney Driscoll did not approve or disapprove of the relief requested in the Motion.

                                            ___s/ J. Marshall Gilmore_____
                                            J. Marshall Gilmore, Esq,
                                            Attorney for Movant/Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 22rd day of May 2013 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

                                            _/s/J. Marshall Gilmore_____
                                            J. Marshall Gilmore, Esq.