## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LARRY RUMBOUGH,

        Plaintiff,

                                   Case No. 6:12-cv-813-Orl-22 DAB

-v-

CHEX SYSTEMS COLLECTION
AGENCY and JP MORGAN
CHASE & CO.
               Defendants
_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff files this Notice the Plaintiff and the Defendant Chex Systems Collection Agency have

reached a settlement today of all issues in this case between the two named parties and will be

filing a Notice of Dismissal of Chex Systems Collections Agency as a named party defendant as

soon as the settlement documents have been prepared, signed and exchanged by the parties

which is in process and expected to be completed by the end of next week. This will leave only

JP Morgan Chase & Co. as the remaining sole defendant.

Dated: June 13, 2013

                               Respectfully submitted,

                               ___*s/ J. Marshall Gilmore*_____
                               **J. Marshall Gilmore, Esq**.
                               Attorney for Larry Rumbough, Plaintiff
                               Fla Bar No. 840181
                               1936 Lee Road, Suite 100
                               Winter Park, FL 32789
                               (407) 937-8675 and (321) 591-9922
                               (407) 599-3801 fax
                               mgilmore@mgilmorelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 13th day of June, 2013 by CM/ECF system.:

*__s/ J. Marshall Gilmore_____*
J. Marshall Gilmore, Esq.